NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMCORE CORPORATION,**
*Appellant*

**v.**

**NICHIA CORPORATION,**
*Appellee*

**MICHELLE K. LEE, Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office,**
*Intervenor*

---

2014-1508

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2012-00005.

---

**JUDGMENT**

---

MICHAEL A. TOMASULO, Winston & Strawn LLP, Los Angeles, CA, argued for appellant. Also represented by GEOFFREY P. EATON, Washington, DC.

MATTHEW A. SMITH, Turner Boyd LLP, Redwood City, CA, argued for appellee. Also represented by ANDREW S. BALUCH, STEPHEN B. MAEBIUS, Foley & Lardner LLP, Washington, DC.

STACY BETH MARGOLIES, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, SCOTT WEIDENFELLER, ROBERT J. MCMANUS.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and HUGHES, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| April 16, 2015 | /s/ Daniel E. O'Toole |
| --- | --- |
| Date | Daniel E. O'Toole |
| | Clerk of Court |